UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20612-CR-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA

v.

HASSAN SAIED KESHARI

_____/

## ORDER

THIS MATTER is before the Court on defendant Hassan Saied Keshari's Motion to Reopen Pre-Trial Detention Hearing Pursuant to 18 U.S.C. § 3142(f) (DE# 27, 7/14/08) and Corrected Motion to Reopen Pre-Trial Detention Hearing Pursuant to 18 U.S.C. § 3142(f) (DE# 35, 7/17/08).  Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that defendant Hassan Saied Keshari's Motion to Reopen Pre-Trial Detention Hearing Pursuant to 18 U.S.C. § 3142(f) (DE# 27, 7/14/08) is **DENIED as moot.**  It is further

ORDERED AND ADJUDGED that the defendant's Corrected Motion to Reopen Pre-Trial Detention Hearing Pursuant to 18 U.S.C. § 3142(f) (DE# 35, 7/17/08) is **DENIED**.

The defendant argues that the pretrial detention hearing should be reopened because "[t]he indictment, as well as . . . counsel's investigation, has brought to light additional information . . . that severely undermines the government's reasons for claiming that [the defendant] poses such a serious flight risk that no bond will suffice to reasonably assure his appearance." See Hassan Saied Keshari's Motion to Reopen

Pre-Trial Detention Hearing Pursuant to 18 U.S.C. § 3142(f) (DE# 27 at 2, 7/14/08).

Under the Bail Reform Act, a pretrial detention hearing may be reopened:

> if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.

18 U.S.C. § 3142(f). The defendant has not shown that he is entitled to reopen the pretrial detention hearing. The additional information proffered by the defendant does not have a material bearing on whether the defendant should be detained prior to trial. Much of the information contained in the instant motion was known to the defendant at the time of the pretrial detention hearing before the undersigned. Additionally, the Court does not find merit in the defendant's claim that the government exaggerated or misrepresented the nature of the case.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **22nd** day of July, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies mailed by Chambers to:

U.S. District Judge Seitz
All counsel of record